VICTOR H. ZAHODIAKIN, *ET AL.*, PLAINTIFFS-PETITION-
ERS, v. CITY OF SUMMIT, DEFENDANT-RESPONDENT.

*Messrs. Shanley & Fisher* for the petitioners.

*Messrs. Lorentz & Stamler* for the respondents.

July 1, 1965. Denied.

WALTER J. BOROWICZ, *ET AL.*, PLAINTIFFS-RESPOND-
ENTS, v. WILLIAM J. HOOD, DEFENDANT-PETITIONER.

See same case below: 87 *N. J. Super.* 418.

*Messrs. Habick, Winkelreid & Hillis* and *Mr. John S. Ben-*
*der* for the petitioners.

*Messrs. Roskein, Kronisch & Felzenberg* for the respondent.

July 1, 1965. Denied.